UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>                           Plaintiff,<br><br>         v.<br><br>$12,005 in U.S. Currency,<br><br>                           Defendant. | Civil Action No.: 1:20-CV-0886 (MAD/DJS) |

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***

The United States of America brings this verified complaint for forfeiture *in rem* against the above-captioned assets (the "defendant currency") and alleges as follows:

### NATURE OF THE ACTION

This is an action *in rem* brought pursuant to 21 U.S.C. § 881(a)(6) and Rule G of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions. Forfeiture is sought of the defendant currency as money furnished or intended to be furnished in exchange for a controlled substance and proceeds traceable to such an exchange, in violation of 21 U.S.C. § 841.

### THE PARTIES

1. Plaintiff is the United States of America.

2. The defendant currency – $12,005 in U.S. Currency – is in the custody of the United States.

### JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

4.     This Court has *in rem* jurisdiction over the defendant currency pursuant to 28 U.S.C. § 1355(b).

5.     Venue is proper in this district pursuant to 28 U.S.C. §§ 1355 and 1395.

## FACTS

6.     On March 6, 2020, a patrol officer with the Colonie Police Department pulled over a vehicle for committing various traffic offenses. Joshua Guillaume was driving the vehicle; Joseph Colfels was his passenger.

7.     When the officer approached the vehicle, he smelled marijuana.

8.     The officer subsequently searched the car and its passengers. Guillaume had a loaded, unregistered 9 mm handgun in his waistband and four Xanax tablets in his front pocket. The vehicle contained more than 24 ounces of marijuana and 41 containers of concentrated cannabis each packaged for resale.

9.     Guillaume's mother, Nicole Wadsworth, arrived during the search and asked officers to turn over a set of keys that her son had on a red keychain. The officers declined.

10.    Officers arrested Guillaume and transported him to the Colonie Police Station. At the station, Guillaume called Wadsworth and was overheard instructing her "to go get the shit" and stating "I don't care, break it open if you have to."

11.    Meanwhile, other officers were conducting surveillance on Guillaume's residence, in Albany. At approximately 7:20 p.m., officers observed a white Ford Taurus with two occupants pull into Guillaume's driveway. Approximately ten minutes later, around 7:30 p.m., a grey Subaru with one occupant pulled into the driveway. All three individuals then entered the residence.

12. At approximately 7:55 p.m., the three individuals left the residence and drove off together in the Ford Taurus. A Colonie patrol officer stopped the vehicle, which was occupied by Guillaume's mother (Wadsworth), Guillaume's girlfriend (Alexis O'Malley) and Benito Torres.

13. Wadsworth, who was driving the vehicle, had a suspended driver's license.

14. Wadsworth was subsequently searched, and in possession of 21 amphetamine/dextroamphetamine pills and one capsule in a package labeled "amphetamine salts."

15. Officers then searched the vehicle, and found a brown leather bag in the rear passenger floor in the area where O'Malley was seated. The bag, which had a strong scent of marijuana, contained the $12,005 in defendant currency rolled into 12 rubber bands (11 contained $1,000 each; one contained $1,005).

16. O'Malley asked officers to give her what she described as "my brown bag." The officers declined.

17. Wadsworth was placed under arrest and transported to the police station. After being advised of her Miranda rights, Wadsworth told officers during a recorded conversation that $10,000 of the $12,005 in the brown bag belongs to her: "part of that is mine, I can prove it to you, I got $10,000 back in taxes"; it was "wire[d] … to the bank" and "I've been taking withdrawals out at the ATM" and can prove this by "log[ging] in online and [it] will show my transactions. . . ."

18. A properly trained drug detection dog, who is trained to alert both for narcotics and marijuana, positively alerted to the scent of drugs on the brown leather bag.

19. The next day, on March 7, 2020, officers from the Colonie Police Department executed a search warrant for Guillaume's residence, in Albany. Notably, officers used the keys that Guillaume had during the traffic stop to unlock the front door of the residence, *i.e.,* the same

keys that his mother asked police to turn over the prior day. During the search, officers seized 3.5 pounds of marijuana, $167.00 in U.S. Currency (all one-dollar bills), 73 rounds of 9mm ammunition, hundreds of plastic containers used for packaging concentrated cannabis, a vacuum sealer, a scale, and a ledger that appears to have been used to log drug transactions.

20. Guillaume was charged in Colonie Town Court with, *inter alia*, multiple drug and gun charges.

21. Wadsworth was charged in Colonie Town Court with, *inter alia*, criminal possession of a controlled substance.

22. In May 2020, Nicole Wadsworth filed an administrative claim with the Drug Enforcement Administration (DEA) for the $12,005 in U.S. Currency. Whereas Wadsworth previously told law enforcement that she would "prove" that $10,000 of the defendant currency was money she had received from a tax refund, she swore in her administrative claim, under penalty of perjury, that the defendant currency constituted money that she had "borrowed . . . from friends and family" so that she could bail her son out of jail.

## CONCLUSION

23. The facts set forth above support a reasonable belief that the government will be able to meet its burden of proof at trial. Specifically, probable cause exists to believe that the defendant currency constitutes: (a) money furnished or intended to be furnished by a person in exchange for a controlled substance in violation of the Controlled Substances Act; (b) proceeds traceable to such an exchange; or (c) money used or intended to be used to facilitate a violation of the Controlled Substances Act.

WHEREFORE, pursuant to Supplemental Rule G, plaintiff the United States of America, respectfully requests that the Court:

(1) Issue a Warrant of Arrest *In Rem*, in the form submitted with this Complaint;

(2) Direct any person having any claim to the defendant currency to file and serve their Verified Claims and Answers as required by 18 U.S.C. § 983(a)(4) and Supplemental Rule G;

(3) Enter judgment declaring the defendant property to be forfeited and condemned to the use and benefit of the United States; and

(4) Award such other and further relief to the United States as it deems proper and just.

Dated: August 5, 2020

GRANT C. JAQUITH
United States Attorney

By: */s/ Adam J. Katz*
Adam J. Katz
Assistant United States Attorney
Bar Roll No. 517894

## VERIFICATION

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF ALBANY     )

Matthew E. Garrigan being duly sworn, deposes and states:

I am an Investigator with the Colonie Police Department. I have read the foregoing Complaint for Forfeiture and assert that the facts contained therein are true to the best of my knowledge and belief, based upon knowledge possessed by me and/or on information received from other law enforcement officers.

Dated this 4th day of August, 2020.

_____ #497
Matthew E. Garrigan, Investigator
Colonie Police Department

Sworn to and subscribed before me this 4th day of August, 2020.

_____
Notary Public

NAKIA M. TONIC
Notary Public, State of New York
Qualified in Albany County
My Commission Expires 4/10/21
Reg. #01TO6357055

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**DEFENDANTS**
$12,005 in U.S. Currency

**(b)** County of Residence of First Listed Plaintiff: **Albany**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Albany**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Adam J. Katz, Assistant U.S. Attorney (518) 431-0247
United States Attorney's Office, 445 Broadway,
Albany, New York 12207

Attorneys (If Known)
Joseph Granich, Esq.

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | [X] 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
21USC 881

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 08/05/2020
SIGNATURE OF ATTORNEY OF RECORD: s/Adam J. Katz

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT **Waived** APPLYING IFP _____ JUDGE **MAD** MAG. JUDGE **DJS**

Case No.: 1:20-CV-0886